UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHANTEL MCNAIR, et al.,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>CARTER AND LITTLE INVESTMENT GROUP, LLC d/b/a Fusion Sports Bar & Grill, KELVIN CARTER, and K CARTER ENTERPRISES,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-cv-3516-AT |

## DEFAULT JUDGMENT

The defendants having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William M. Ray II, United States District Judge, by order of November 7, 2024, having directed that judgment issue in favor of plaintiffs Chantel McNair and Keneysha Banks, and against all defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiffs recover from the defendants, the amount of $252,477 in compensatory damages, $69,115 in attorney's fees, and $867 in costs.

Dated at Atlanta, Georgia this 7th day of November, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER CLERK
　　　　　　　　　　　　　　　　　　OF COURT

　　　　　　　　　　　　　　　By:　  s/Jill Ayers
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
November 7, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Jill Ayers
　　　　Deputy Clerk